Submitted on record and briefs March 16, reversed and remanded June 20, 1984

STATE OF OREGON,
*Respondent,*

*v.*

TINA MARIE McKERN,
*Appellant.*

(B65-007; CA A29704)

682 P2d 829

Helmut Kah, Eugene, filed the brief for appellant.

Dave Frohnmayer, Attorney General, James E. Mountain, Jr., Solicitor General, and Richard D. Wasserman, Assistant Attorney General, Salem, filed the brief for respondent.

Before Richardson, Presiding Judge, and Warden and Newman, Judges.

PER CURIAM

## PER CURIAM

Defendant appeals her conviction for theft in the second degree. She contends, *inter alia,* that the court erred in denying her request for court appointed counsel without adequately determining if she is indigent. The state concedes that the court erred in this respect. We agree.

Reversed and remanded for new trial.